UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DAWN M. HANCHARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV418-271 |
| | ) |
| DOLLAR GENERAL, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff filed an amended motion to proceed *in forma pauperis*. Doc. 4. In support of the motion, she included an exhibit containing her social security number and defendant's federal tax identification number.[1] Doc. 4-1 at 2. Due to the sensitive nature of this information, the Clerk of Court is **DIRECTED** to seal the amended IFP application. Doc. 4.

**SO ORDERED**, this 8th day of July, 2020.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Pursuant the Federal Rules of Civil Procedure, parties should redact social security and taxpayer-identification numbers to include only the final four digits. Fed. R. Civ. P. 5(1)(1).