# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| DAWN HANCHARD, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV418-271 |
| DOLLAR GENERAL, | ) ) | |
| Defendant. | ) ) | |

## ORDER

Defendant Dollar General[1] has moved to stay this case pending arbitration. *See* doc. 17. The motion recites that Hanchard, who was and is proceeding *pro se* in this Court, "obtained counsel" sometime between June 15, 2021 and June 22, 2021. *See id.* at 2, ¶¶ 5–6. Before the Court reaches the merits of the Motion to Stay, some clarification on Hanchard's status is appropriate. The Court's records do not indicate that plaintiff's counsel, Rook Elizabeth Ringer, Esq., *see* doc. 17 at 4, is a member of this Court's bar. In order for the Court to accept counsel's

---

[1] Dollar General's motion indicates that it is misnamed. *See* doc. 17 at 1 n. 1. Although it indicates that the proper party is Dolgencorp, LLC, it does not seek to correct the misnomer immediately. *See id.* ("Counsel for Dollar General intends to meet and confer with Hanchard and move to substitute Dolgencorp, LLC for Dollar General."). Pending such a motion, the Court continues to refer to defendant as "Dollar General."

consent to defendant's motion on plaintiff's behalf, she would, therefore, need to seek and receive admission *pro hac vice*. If counsel's representation of Hanchard is limited to the anticipated arbitration proceedings, and Hanchard intends to continue to act *pro se* in this matter, she must indicate her consent to the stay and arbitration.

Accordingly, within fourteen days from the date of this Order, either:

(1) Ms. Rook must file a motion for admission *pro hac vice*, in compliance with S.D. Ga. L. Civ. R. 83.4; or

(2) Ms. Hanchard must file a notice indicating that she will continue to act *pro se* before this Court and confirm her consent to Dollar General's requested stay.

Upon compliance with this Order, the Court will take up Dollar General's stay request.

To ensure that Ms. Rook and Ms. Hanchard receive notice of this Order, the Clerk is **DIRECTED** to provide copies to each at their respective email addresses indicated in Dollar General's certificate of service, *see* doc. 17 at 4:

Rook Elizabeth Ringer, Esq.: reringer@lentolawgroup.com

Dawn M. Hanchard: dawnhanchard22@yahoo.com.

Additionally, the Clerk is **DIRECTED** to mail copies of this Order to Ms. Hanchard at the address she has provided to the Clerk and to Ms. Ringer at the address provided in Dollar General's certificate of service, *see* doc. 17 at 4:

> Rook Elizabeth Ringer, Esq.
> Lento Law Group, P.A.
> 222 San Marco Ave., Ste. C
> St. Augustine, FL 32084.

All deadlines in this case are **STAYED** pending compliance with this Order and disposition of Dollar General's Motion to Stay, doc. 17.

**SO ORDERED,** this 29th day of June, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA