IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DAWN M. HANCHARD,<br><br>   Plaintiff,<br><br>v.<br><br>DOLLAR GENERAL,<br><br>   Defendant. | CIVIL ACTION NO.: 4:18-cv-271 |

## ORDER

Previously, the Court stayed this case pending arbitration. (Doc. 20.)  In November of 2022, upon direction of the Court, the parties filed a Joint Status Report as to arbitration. (Doc. 23.)  The Court hereby **ORDERS** the parties to file another Joint Status Report regarding the parties' efforts at arbitration and whether they believe it is appropriate for the stay to be lifted at this time or whether, instead, the stay should remain in place.[1]

**SO ORDERED**, this 2nd day of August, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The parties need not use Judge Baker's Status Report Form and should instead simply provide the requested information to the Court in one or more paragraphs.